-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
2007 NOV -2  PM 1: 16
U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

TROY BROOKS, et al.,

        Plaintiffs,

-v-

DAVID F. NAPOLI, Superintendent, et al.,

        Defendants.

**DECISION and ORDER**
07-CV-0497Sr

    One of the named plaintiffs in this action, Thomas Steed, improperly named herein as "Steve Steed," has notified the Court that he wishes to withdraw as a plaintiff in this action because "[he] do[es] not wish to perjur [sic] [himself] in anyway in regards to such matter." (Docket No. 13). Because no answer or dispositive motion has been filed by any adverse party, the notification must be treated as a voluntary withdrawal pursuant to Fed.R.Civ.P. 41(a)(1)(i). Accordingly, Thomas Steed, improperly named herein as "Steve Steed" is hereby dismissed as a plaintiff in this matter without prejudice.

    SO ORDERED.

    IT IS SO ORDERED.

                                          _____
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

Dated: _____Nov. 1_____, 2007