FILED  -PS-O-

2008 FEB -8 PM 12: 22

U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TROY BROOKS, et al.,

    Plaintiffs,

-v-

DAVID F. NAPOLI, Superintendent, et al.,

    Defendants.

**DECISION and ORDER**
07-CV-0497S(Sr)

---

One of the named Plaintiffs in this action, William Brooks, upon receipt of an order directing him to file a Prison Authorization Form and application to proceed in forma pauperis (Docket No. 32), notified the Court that he wished to withdraw as a plaintiff in this action because "[he] was inadvertently listed as a plaintiff in this matter." (Docket No. 35). None of the Defendants who have appeared in this action have indicated any opposition to such withdrawal. Accordingly, William Brooks is hereby dismissed as a plaintiff in this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

SO ORDERED.

Dated: 02/07, 2008
Buffalo, New York

/s/ William M. Skretny
WILLIAM M. SKRETNY
United States District Judge