UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

TROY BROOKS, et al.,,

      Plaintiffs,

  -v-                                07-CV-0497S(Sr)

DAVID F. NAPOLI, et al.,           **ORDER**

      Defendants.

---

    Plaintiff, Keith Shortell, has filed, along with other plaintiffs, this *pro se* action seeking relief under 42 U.S.C. § 1983. It now appears that the Court does not have Shortell's current address. On February 4, 2008, the Clerk of the Court noted on the Docket Report that a copy of the Court's Order, entered January 4, 2008 (Docket No. 32), forwarded to Shortell had been returned as undeliverable with a notation of "Return to Sender, Discharged 12/7/07." Based on this, it appears that Shortell has failed to provide the Court with an address where papers may be served.

    Local Rule of Civil Procedure 5.2(d) requires that a party proceeding *pro se* "must furnish the Court with a current address at which papers may be served on the litigant. .... In addition, the Court must have a current address at all times. Thus a *pro se* litigant must notify the Court immediately in writing of any change of address. Failure to do so may result in dismissal of the case with prejudice." Local Rule of Civil Procedure 5.2(d).

Accordingly, **Shortell is directed to provide the Court with an address where papers may be served by April 4, 2008 or he will be dismissed as a plaintiff in this action with prejudice without further order of the Court.**

If Shortell fails to provide an address by **April 4, 2008**, the Clerk of the Court is directed to terminate Shortell as a party to this action without further order of the Court.

**SO ORDERED.**

S/ Michael A. Telesca

---

MICHAEL A. TELESCA
United States District Judge

Dated:   March 4, 2008
         Rochester, New York