**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**TROY BROOKS, et al.,**

                **Plaintiffs,**       07-CV-0497S(Sr)

v.

**DAVID F. NAPOLI, et al.,**       **SECOND AMENDED CASE MANAGEMENT ORDER**

                **Defendants.**

---

This Court's Case Management Order dated September 10, 2008 is hereby amended as follows:

1. All expert depositions shall be completed no later than **June 5, 2009**.

2. All discovery in this case shall be completed no later than **June 19, 2009.**

3. All applications to resolve discovery disputes shall be filed no later than 30 days before the discovery completion date. In the event of bonafide discovery disputes that cannot be resolved by counsels' good faith efforts (*see generally* Local Rule 37), the parties shall submit, by joint letter, signed by all counsel, a statement of the issue(s) to be resolved by the Court. Each party, within five business days thereafter, shall submit by letter a statement of facts and law it wishes the Court to consider. Original letters shall be filed with the Clerk of the Court, and a courtesy copy shall be provided simultaneously to Chambers. The Court reserves the right to request

full briefing by the parties, in which case the Court will so advise the parties.

    4.    Dispositive motions by all parties shall be filed and served no later than **August 7, 2009**.  *See generally* Local Rule 7.1(c); 56.

**SO ORDERED.**

DATED:    Buffalo, New York
              February 25, 2009

                        **S/ H. Kenneth Schroeder, Jr.**
                        **H. KENNETH SCHROEDER, JR.**
                        **United States Magistrate Judge**